UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-959 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| Officer J. SAMPLE, | |
| Defendant. | |

Defendants have filed an <u>ex parte</u> request for a thirty-day extension of time to file their reply brief in support of the motion for summary judgment. Upon due consideration of the request and the accompanying declaration of attorney Scott J. Feudale, the court GRANTS the request. (Docket # 29.) Defendants must file and serve their reply brief, if any, no later than **February 15, 2008**.

IT IS SO ORDERED.

Dated: January 25, 2008

_____
SUSAN ILLSTON
United States District Judge