**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-959 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OFFICER J. SAMPLE, | |
| Defendant. / | |

Judgment is entered in favor of defendant and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 27, 2008

_____
SUSAN ILLSTON
United States District Judge