KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5726
 Fax:  (415) 703-5843
 E-mail:  Michael.Quinn@doj.ca.gov
Attorneys for Defendant J. Sample

*IT IS SO ORDERED*
*Judge Susan Illston*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCUS L. HARRISON,<br><br>                               Plaintiff,<br><br>      v.<br><br>OFFICER J. SAMPLE,<br><br>                               Defendant. | CASE NO. C 07-0959 SI<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Marcus Harrison and Defendant J. Sample stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This stipulation includes a dismissal of any claims against any past and unknown Defendants in this action.  Each side shall

///
///
///
///
///
///
///

1

bear its own attorneys' fee and costs. The filing of this stipulation automatically terminates the action.

IT IS SO STIPULATED.

DATED: 1/13/11

*Marcus Harrison*
MARCUS HARRISON
Plaintiff, In Pro Se

DATED: 1/13/11

*[signature]*
MICHAEL J. QUINN
Deputy Attorney General
Attorney for Defendant J. Sample

SF2007200123
20322740.doc

# CERTIFICATE OF SERVICE

Case Name: __M. Harrison v. J. Sample__    No. __C 07-0959 SI__

I hereby certify that on **January 19, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 19, 2011, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Marcus L. Harrison (H-54077)
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532-7500
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 19, 2011**, at San Francisco, California.

|  |  |
|---|---|
| M. Luna | /s/ M. Luna |
| Declarant | Signature |

40478886.doc