UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-959 SI (NJV) |
| Plaintiff, | ORDER REQUIRING STATUS REPORT |
| v. | |
| OFFICER J. SAMPLE, | |
| Defendant. | |

On March 15, 2011, the Court held a status conference in *Harrison v. IGI*, 07-3824 SI, regarding compliance with the settlement agreement. On April 12, 2011, Plaintiff filed identical motions to compel in *Harrison v. IGI* and in the present case. Pursuant to the Court's request, Defendants filed a status report on April 20, 2011, in *Harrison v. IGI*. Upon reviewing the status report, the Court determined that no further action was required in that case.

The motion to compel remains pending in the present case. Accordingly, Defendants are HEREBY DIRECTED to file a status report in the present case, addressing compliance with the settlement agreement. Defendants are specifically directed to address the motion to compel. The status report SHALL be filed no later than May 24, 2011.

IT IS SO ORDERED.

Dated: April 26, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-959 SI (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| OFFICER J. SAMPLE, | |
| Defendant. | |

I, the undersigned, hereby certify that on April 26, 2011, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below and by depositing said envelope in the U.S. Mail.

Marcus L. Harrison
H-54077 D3 124
PBSP-II
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95531

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas