**Not for Publication**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-959 SI (NJV) |
| Plaintiff, | ORDER RE SETTLEMENT AGREEMENT |
| v. | |
| OFFICER SAMPLE, | |
| Defendant. | |

Defendant SHALL forthwith file a copy of the settlement agreement in this case and serve a copy of the settlement agreement on Plaintiff.

IT IS SO ORDERED.

Dated: July 21, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARCUS L. HARRISON,   No. C 07-959 SI/NJV (PR)

    Plaintiff,

    v.   CERTIFICATE OF SERVICE

OFFICER J. SAMPLE,

    Defendant.
_____/

    I, the undersigned, hereby certify that on July 21, 2011, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below and by depositing said envelope in the U.S. Mail

**Marcus L. Harrison**
H-54077 D3 124
PBSP-II
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95531

/S/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable NANDOR J. VADAS

2