UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON, | No. C 07-959 SI (pr) |
| Plaintiff, | **ORDER RE. FILING FEE** |
| v. | |
| OFFICER J. SAMPLE, | |
| Defendant. | |

Plaintiff has sent to the court a letter asking for confirmation that his filing fee for the appeal in this case, i.e., *Harrison v. Sample*, Ninth Circuit Case No. 08-17175, has been paid in full. Docket # 92. He states that he was informed by a representative from the trust account office at his prison that the trust account office's "'accounting system does not recognize outside payments made'" on a filing fee obligation and apparently continues to show a balance owed for the filing fee. Docket # 92 at 1. In other words, because the court filing fee was paid by an outsider (rather than from the inmate trust account), the prison trust account office has no record of the outsider's payment(s) and therefore has not credited the payment(s) to reduce the amount to be deducted from plaintiff's inmate trust account to satisfy the filing fee the trust account was notified of several years ago.

Plaintiff's request for confirmation that the filing fee in Case No. 08-17175 has been paid in full is GRANTED. Docket # 92. This court's records show that the $455.00 filing fee in Ninth Circuit Case No. 08-17175 was paid in full as of December 12, 2014, and that no more fees are owed in that case. A copy of the 2-page payment record card for Case No. 08-17175

clearly marked "Prisoner's Filing Fee Paid In Full" at the bottom is attached to this order.

The clerk will send a copy of this order to plaintiff and to the trust account office at CCI-Tehachapi, where plaintiff is currently incarcerated. The address for plaintiff is P.O. Box 1906, Tehachapi, CA 93581. The address for the trust account office is: Inmate Trust Account Office, CCI-Tehachapi, P.O. Box 1031, Tehachapi, CA 93581.

IT IS SO ORDERED.

Dated: May 14, 2015

SUSAN ILLSTON
United States District Judge